Blakely E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: bgriffith@swlaw.com

*Attorney for Defendant Orolia USA, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACKSON LABS TECHNOLOGIES, INC., | Case No.: 2:19-cv-02100-RCJ-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |
| OROLIA USA, INC. | **(FIRST REQUEST)** |
| Defendant. | |

Defendant Orolia USA, Inc. ("Defendant") and Plaintiff Jackson Labs Technologies, Inc. ("Plaintiff"), by and through their respective counsel, hereby stipulate to allow Defendant to extend the time to file its response to Plaintiff's Complaint from March 11, 2020 to **April 10, 2020.**

The reason for the thirty-day extension is not for purposes of delay or to cause prejudice to any party, but rather so that the Defendant can fully evaluate the claims in the Complaint and that the parties can potentially discuss settlement options. This is the parties' first request for an extension.

///

///

///

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4844-0362-4886

**THE PARTIES HEREBY STIPULATE:**

1. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended from March 11, 2020 to **April 10, 2020**.

Dated: March 5, 2020

SNELL & WILMER L.L.P.

*/s/ Blakeley E. Griffith*

Blakely E. Griffith, Esq.
Nevada Bar No. 12386
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, Nevada 89169

*Attorney for Defendant Orolia USA, Inc.*

Dated:  March 5, 2020

EVANS FEARS & SCHUTTERT LLP

*/s/ Lester Julian Savit*

Chad R. Fears, Esq.
David W. Gutke, Esq.
2300 W. Sahara Ave., Ste. 950
Las Vegas, Nevada 89101

Lester Julian Savit, Esq.
(*admitted pro hac vice*)
ONE LLP
4000 Mac Arthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660

Damon Guizot, Esq.
(*admitted pro hac vice*)
GUIZOT & MOUSER
17542 E. Seventeenth St., Suite 470
Tustin, CA 92780

*Attorneys for Plaintiff Jackson Lab Technologies, Inc.*

## **ORDER**

**IT IS HEREBY ORDERED** that the deadline for Defendant Orolia USA, Inc.'s deadline to file an Answer or otherwise respond to Plaintiffs' Complaint shall be **April 10, 2020**.

**IT IS SO ORDERED**.

_____
Daniel J. Albregts
United States Magistrate Judge
DATED this _6th_ _ day of March 2020

4844-0362-4886