Blakely E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: bgriffith@swlaw.com

*Attorney for Defendant Orolia USA, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACKSON LABS TECHNOLOGIES, INC., | Case No.:  2:19-cv-02100-RCJ-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |
| OROLIA USA, INC. | **(SECOND REQUEST)** |
| Defendant. | |

Defendant Orolia USA, Inc. ("Defendant") and Plaintiff Jackson Labs Technologies, Inc. ("Plaintiff"), by and through their respective counsel, hereby stipulate to extend the time for Defendant to file its response to Plaintiff's Complaint from April 10, 2020 to **May 11, 2020.**

This is the parties' second request for an extension.  The reason for the thirty-day extension is not for purposes of delay or to cause prejudice to any party.  Instead, the parties are working towards finalizing settlement negotiations and related documents, which they anticipate will be completed shortly.

///

///

///

///

///

///

///

- 1 -

4827-1797-3945

1    **THE PARTIES HEREBY STIPULATE:**

2        1.    The deadline for Defendant to answer or otherwise respond to Plaintiff's

3    Complaint is extended from April 10, 2020 to **May 11, 2020**.

4

5    Dated: April 8, 2020                               Dated:  April 8, 2020

6    SNELL & WILMER L.L.P.                               EVANS FEARS & SCHUTTERT LLP

7    */s/ Blakeley E. Griffith*                          */s/ Lester Julian Savit*
     Blakely E. Griffith, Esq.                           Chad R. Fears, Esq.
8    Nevada Bar No. 12386                                David W. Gutke, Esq.
     3883 Howard Hughes Pkwy., Ste. 1100                 2300 W. Sahara Ave., Ste. 950
9    Las Vegas, Nevada 89169                             Las Vegas, Nevada 89101

10   *Attorney for Defendant Orolia USA, Inc.*           Lester Julian Savit, Esq.
                                                         (*admitted pro hac vice*)
11                                                       ONE LLP
                                                         4000 Mac Arthur Blvd.
12                                                       East Tower, Suite 500
                                                         Newport Beach, CA 92660
13
                                                         Damon Guizot, Esq.
14                                                       (*admitted pro hac vice*)
                                                         GUIZOT & MOUSER
15                                                       17542 E. Seventeenth St., Suite 470
                                                         Tustin, CA 92780
16
                                                         *Attorneys for Plaintiff Jackson Lab*
17                                                       *Technologies, Inc.*

18

19                                    **ORDER**

20       **IT IS HEREBY ORDERED** that the deadline for Defendant Orolia USA, Inc.'s deadline

21   to file an Answer or otherwise respond to Plaintiffs' Complaint shall be **May 11, 2020**.

22       **IT IS SO ORDERED**.

23

24   _____

25   Daniel J. Albregts
     United States Magistrate Judge

26

27   DATED: April 10, 2020

28

- 2 -

4827-1797-3945

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT (SECOND REQUEST)**  by submitting to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case:

Chad R. Fears, Esq.
David W Gutke, Esq.
Jay Joseph Schuttert, Esq.
EVANS FEARS & SCHUTTERT LLP
2300 W. Sahara Avenue, Suite 950
Las Vegas, NV 89102
cfears@efstriallaw.com
dgutke@efstriallaw.com
jschuttert@efstriallaw.com

Damon Guizot, Esq.
GUIZOT & MOUSER
17542 E 17th St Suite 470
Tustin, CA 92780
a9999@gte.net

Lester Julian Savit, Esq.
ONE LLP
ONE LLP, 4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
949-502-2870
949-258-5081 (fax)
lsavit@onellp.com

*Attorneys for Jackson Labs Technologies, Inc.*

Dated: April 8, 2020.

/s/ *Gaylene Kim*
An employee of Snell & Wilmer L.L.P.

- 3 -

4827-1797-3945